CAMILO ECHAVARRIA (State Bar No. 192481)
camiloechavarria@dwt.com
STEPHEN FRANZ (State Bar No. 293958)
stephenfranz@dwt.com
MARIA ARAKELIAN (State Bar No. 327796)
mariaarakelian@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
APPLE STUDIOS LLC
and APPLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI MARIE HOFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, STUDIOS LLC., a California foreign limited liability company; APPLE, INC., a California corporation; COSTUME DESIGNERS GUILD, a California nonprofit corporation; and DOES 1-100,<br><br>Defendants. | Case No. **2:24-cv-05492-CBM (SKx)**<br><br>Assigned to the Hon. Consuelo B. Marshall<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF BY 30 DAYS**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: May 22, 2024 |

**STIPULATION**

Plaintiff Kristi Marie Hoffman ("Plaintiff") and Defendants Apple Studios LLC and Apple Inc. and Costume Designers Guild, IATSE Local 892 ("CDG") (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the current fact discovery cutoff from October 16, 2026, to November 16, 2026, as follows:

WHEREAS, on March 16, 2026, Plaintiff's former counsel, Katie Charleston Law, PC, filed a motion to withdraw as counsel for Plaintiff. *See* ECF No. 79;

WHEREAS, on April 20, 2026, in light of Plaintiff's former counsel's motion to withdraw and Plaintiff's anticipated transition to new counsel, the Parties stipulated to, among other things, defer the scheduling of Plaintiff's deposition during the transition period and extend the case deadlines. *See* ECF No. 84;

WHEREAS, on May 12, 2026, the Court granted Plaintiff's former counsel's motion to withdraw and ordered Plaintiff to obtain new counsel by July 13, 2026. *See* ECF No. 89;

WHEREAS, on May 15, 2026, the Court issued an Order with Modified Scheduling Deadlines, including an October 16, 2026, deadline to complete fact discovery. *See* ECF No. 90;

WHEREAS, on July 9, 2026, Plaintiff retained new counsel, Vakili & Leus LLP. *See* ECF Nos. 91-94;

WHEREAS, shortly after Plaintiff retained new counsel, the Parties began meeting and conferring regarding the scheduling of depositions;

WHEREAS, the Parties are currently working cooperatively to schedule Plaintiff's deposition and the depositions of several key fact witnesses;

WHEREAS, due to the number of fact witness depositions and the schedules and availability of counsel and the witnesses, the Parties will be unable to complete those depositions before the current October 16, 2026, fact discovery cutoff;





DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

WHEREAS, the Parties therefore request a brief extension of the fact discovery cutoff to November 16, 2026, to permit them to complete the fact witness depositions;

WHEREAS, the Parties previously sought only one modification of the Scheduling Order, which was necessitated by the withdrawal of Plaintiff's former counsel and Plaintiff's need to obtain new counsel;

WHEREAS, good cause exists for this limited extension because the Parties have been diligently working to schedule and complete fact discovery following Plaintiff's retention of new counsel, and the requested extension will allow the Parties to complete the fact witness depositions;

WHEREAS, this request is made in good faith and not for purposes of delay;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court modify the Scheduling Order (*see* ECF No. 90) as follows:

The current fact discovery cutoff of October 16, 2026, shall be continued to November 16, 2026, to permit the Parties to complete fact discovery, including fact witness depositions in this matter.

**IT IS SO STIPULATED.**

DATED: September 18, 2026

DAVIS WRIGHT TREMAINE LLP
CAMILO ECHAVARRIA
STEPHEN FRANZ
MARIA ARAKELIAN

By: /s/ *Stephen Franz*
Stephen Franz
Attorneys for Defendants
APPLE STUDIOS LLC and
APPLE INC.



**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

DATED: September 18, 2026

VAKILI & LEUS, LLP
STEPHEN P. HOFFMAN
SA'ID VAKILI
ROBERT S. BROWN
JASON C. MING

By: */s/ Robert S. Brown*

Attorneys for Plaintiff
KRISTI MARIE HOFFMAN

DATED: September 18, 2026

GILBERT & SACKMAN, A LAW CORPORATION
STEVEN M. REHAUT
MICHAEL D. WEINER
MITZI MARQUEZ-AVILA
EMILY OLIVENCIA-AUDET

By: */s/ Michael D. Weiner*

Attorneys for Defendants
COSTUME DESIGNER'S GUILD and
IATSE LOCAL 892


DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**LOCAL RULE 5-4.3.4 COMPLIANCE**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: September 18, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Stephen Franz*
Stephen Franz