UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRISTI MARIE HOFFMAN, an individual,

Plaintiff,

vs.

APPLE, STUDIOS LLC., a California foreign limited liability company; APPLE, INC., a California corporation; COSTUME DESIGNERS GUILD, a California nonprofit corporation; and DOES 1-100,

Defendants.

Case No. **2:24-cv-05492-CBM (SKx)**

Assigned to the Hon. Consuelo B. Marshall

**ORDER TO EXTEND THE DEADLINE FOR DISCOVERY CUT-OFF BY 30 DAYS [96]**

[Filed concurrently with Stipulation]

Action Filed: May 22, 2024

**ORDER**

Having considered the parties' joint Stipulation to Extend The Deadline for Discovery Cut-Off by 30 Days and for good cause shown, the Court ORDERS:

The Court's May 15, 2026, Scheduling Order (ECF No. 90) is modified as follows:

The current fact discovery cutoff of October 16, 2026, is extended by 30 days to November 16, 2026, to permit the Parties to complete fact discovery, including fact witness depositions.

All other deadlines set forth in the Court's May 15, 2026, Scheduling Order remain unchanged.

**IT IS SO ORDERED**.

Dated: October 5, 2026

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE